

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**CHRISTINA A. PARLAPIANO**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8229 F: (973) 461-4564
cparlapiano@daypitney.com

January 8, 2016

**VIA E-FILING**

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

      Re:   U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust v. Tyrone Pryor, et al.
            Civil Action No. 15-cv-2129

Dear Magistrate Judge Scanlon:

      This office, along with the firm of Gross Polowy, LLC, represents plaintiff U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust ("Plaintiff") in the above-referenced matter.  We write on behalf of both Plaintiff and defendants Tyrone Pryor and Nina V. Pryor ("Defendants") to provide a joint status report in accordance with Your Honor's directive during the December 15, 2015 teleconference and Your Honor's subsequent text Order.

      Subsequent to the teleconference, Defendants' counsel and I spoke regarding alternative settlement options, including options to reinstate the loan and a relocation assistance option (which would include a sale of the property within three months).  Thereafter, Caliber Home Loans, Inc. ("Caliber") (as servicer of the subject loan) offered several reinstatement options and a relocation assistance option.  Defendants have made a counteroffer with respect to the relocation assistance option, which is currently under consideration by Caliber.  As such, the parties are actively negotiating the relocation assistance options that may exist as a method for settling this matter.

      As a result, the parties respectfully request that the Court continue to hold the deadlines in abeyance for two additional weeks, at which time the parties will provide an updated status to the Court indicating whether a settlement in principle has been reached or, in the alternative, enclosing a revised scheduling Order for the Court's consideration.



Honorable Vera M. Scanlon
January 8, 2016
Page 2

      We appreciate Your Honor's consideration of this matter.

                                                              Respectfully submitted,

                                                              */s/ Christina A. Parlapiano*

                                                              Christina A. Parlapiano (CP-8912)

cc:     Michael J. Corcoran, Jr., Esq. (via ECF)
         Melissa M. Loecher, Esq. (via ECF)